JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEBRA L. JENKINS<br><br>    Petitioner,<br><br>v.<br><br>DEBORAH L. PATRICK,<br><br>    Respondent. | Case No. CV 07-07678 PSG (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice based upon the 2004 underlying conviction and sentence, for the reasons set forth in the accompanying Memorandum and Order.

Dated: 1/29, 2008

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE